PROB 35
(ND/AL Rev. 11/95)

**Report and Order Terminating Probation/Supervised Release**
**Prior to Original Expiration Date**

## UNITED STATES DISTRICT COURT
### for the
### NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V                                                                 No. 3:07mj236

**CHARLES G. KESSLER**

On October 23, 2007, the above named was placed on Probation for a period of 1 year. He has complied with the rules and regulations of Probation and is no longer in need of Probation supervision. It is accordingly recommended that Charles G. Kessler be discharged from Probation.

Respectfully submitted,

_S R USPO Michael R. Feldman_ for/
Tanya Thomas
U.S. Probation Officer
(205) 314-0080

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Date this 15th day of February, 2008.

_Elizabeth M. Timothy_
Honorable Elizabeth M. Timothy
United States Magistrate Judge